```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
ROBYN Y. YNFANTE,
                    Plaintiff,           22-cv-6831 (JGK)

     - against -                         AMENDED ORDER

GOOGLE LLC,
                    Defendant.
―――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The pre-motion conference scheduled for **September 8, 2022** at **4:30 PM** is to be held by telephone. Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**
**Dated:**   **New York, New York**
             **August 22, 2022**

                              ___/s/ John G. Koeltl_____
                                   John G. Koeltl
                              **United States District Judge**