UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN A. YNFANTE,

                Plaintiff,

    - against –

GOOGLE LLC,

                Defendant.

22-cv-6831 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated at the September 8, 2022 teleconference, the plaintiff will file an amended complaint by **September 30, 2022**. The defendant will move or answer by **October 21, 2022**. If the defendant moves to dismiss, the plaintiff will respond by **November 11, 2022** and the defendant will reply by **November 21, 2022**.

    The pro se plaintiff Robyn Ynfante may seek legal advice and assistance from the New York Legal Assistance Group (NYLAG) at (212) 659-6190. A flyer about contacting NYLAG is also attached to this Order.

    The Clerk's Office should mail a copy of this Order and its attachment to the pro se plaintiff and note service on the docket.

SO ORDERED.
Dated:    New York, New York
            September 8, 2022

                                            John G. Koeltl
                                      United States District Judge

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





**NYLAG**
New York Legal Assistance Group