UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN A. YNFANTE, *pro se*,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:22-cv-06831-JGK<br><br>**MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Google LLC respectfully moves the Court to dismiss Plaintiff Robyn A. Ynfante's Amended Complaint (Dkt. 19) with prejudice for failure to state a claim upon which relief can be granted. The grounds supporting this Motion to Dismiss are set forth in the accompanying Memorandum of Law and Declaration of Jason Mollick, Esq.

Dated: November 21, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Jason Mollick*

Jason Mollick
Benjamin Margo
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com
bmargo@wsgr.com

*Counsel for Defendant Google LLC*