UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN A. YNFANTE,

                Plaintiff,        22-cv-6831 (JGK)

     - against -               ORDER

GOOGLE LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss, ECF No. 20.

SO ORDERED.

Dated:    New York, New York
           December 22, 2022

                                                John G. Koeltl
                                     United States District Judge