UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN A. YNFANTE,

            Plaintiff,          22-cv-6831 (JGK)

    - against -            ORDER

GOOGLE LLC,

            Defendant.

---

JOHN G. KOELTL, District Judge:

    On June 1, 2023, this Court issued a Memorandum Opinion and Order granting the defendant's motion to dismiss and dismissing the plaintiff's amended complaint without prejudice. See ECF No. 28 ("June 1, 2023 Opinion"). The Court advised the plaintiff that the plaintiff could make a motion to file a second amended complaint within 30 days of the issuance of the June 1, 2023 Opinion, and that "[i]f the plaintiff fails to file such a motion by that date, this action will be dismissed with prejudice." Id. at 11.

    The deadline for the plaintiff's motion to file a second amended complaint has elapsed, and to date, no such motion has been filed. Accordingly, consistent with the June 1, 2023 Opinion, this action is **dismissed with prejudice**. The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff, to note such mailing on the docket, and to close this case.

SO ORDERED.

Dated:    New York, New York
           July 10, 2023

                                          John G. Koeltl
                                  United States District Judge