UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBYN A. YNFANTE,

                Plaintiff,

   -against-                                22 **CIVIL** 6831 (JGK)

                                                             **JUDGMENT**

GOOGLE LLC,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 10, 2023 and the Memorandum Opinion and Order dated June 1, 2023, defendant's motion to dismiss is GRANTED with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      July 11, 2023

                                                         **RUBY J. KRAJICK**

                                                        _____
                                                         **Clerk of Court**

                       **BY:**

                                                         _____
                                                           **Deputy Clerk**